■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK WARREN, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Rosato, J.), imposed October 15, 1985.

Ordered that the sentence is modified, on the law, by reducing the surcharge imposed from $100 to $75; as so modified, the sentence is affirmed *(see,* Penal Law § 60.35 [1] [a], as amended by L 1985, ch 59, § 1). Mollen, P. J., Mangano, Kooper and Harwood, JJ., concur.